**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7801**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES DEJESUS MARTINEZ,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-95-267-AW, CA-00-2910-AW)

_____

Submitted:  February 21, 2002          Decided:  March 5, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James DeJesus Martinez, Appellant Pro Se.  Barbara Suzanne Skalla,
Assistant  United  States  Attorney,  Greenbelt,  Maryland,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James DeJesus Martinez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Martinez</u>, Nos. CR-95-267-AW; CA-00-2910-AW (D. Md. Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2